# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 05-1980

_____

George Andrew Vaughn,                        *
                                             *
        Appellant,                           *
                                             *    Appeal from the United States
    v.                                       *    District Court for the District
                                             *    of Minnesota.
George W. Bush, United States                *
President; Attorney General, United          *        [UNPUBLISHED]
States Department of Justice; State of       *
Minnesota; Minnesota Department of           *
Corrections,                                 *
                                             *
        Appellee.                            *

_____

Submitted:  August 5, 2005
    Filed:  August 11, 2005

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate George Andrew Vaughn appeals the district court's[*]
dismissal of Vaughn's civil rights action with prejudice under 28 U.S.C. 1915A.
Having carefully reviewed the record de novo, we agree with the district court that

_____

[*]The Honorable Donovan W. Frank, United States District Judge for the
District of Minnesota, adopting the report and recommendations of the Honorable
Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

Vaughn's action was barred by issue and claim preclusion.  See Canady v. Allstate Ins. Co., 282 F.3d 1005, 1014-16 (8th Cir. 2002) (elements of issue and claim preclusion).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____